UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACKIE ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CV-1066 AGF |
| FEDEX GROUNDS, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff brings this action under the Age Discrimination in Employment Act of 1967 ("ADEA"), as amended, 29 U.S.C. §§ 621, *et seq.*, for alleged employment discrimination based on her age. Although plaintiff does not check the box for bringing a claim under Title VII of the Civil Rights Act of 1964 ("Title VII"), she also alleges employment discrimination on the basis of her religion. In order to initiate a claim under the ADEA or Title VII a party must timely file a charge of discrimination with the Equal Employment Opportunity Commission and receive a right-to-sue letter. *See Stuart v. General Motors Corp.*, 217 F.3d 621, 630 (8th Cir. 2000); *Moses v. Dassault Falcon Jet-Wilmington Corp.*, 894 F.3d 911, 919 (8th Cir. 2018).

Although plaintiff has attached her right-to-sue letter to her complaint, she has not provided the Court with a copy of her charge of discrimination. Consequently, the Court will order the plaintiff to supplement the complaint by submitting a copy of her charge of discrimination within twenty-one (21) days of the date of this Order so that the Court may ascertain whether plaintiff's claims in her complaint are like or reasonably related to the claims outlined in her charge. *See Duncan v. Delta Consolidated Indus., Inc.*, 371 F.3d 1020, 1024 (8th Cir. 2004).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a copy of her charge of discrimination within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with this Court's Order may result in a dismissal of this action, without prejudice.

Dated this 9th day of August, 2024.

                                                AUDREY G. FLEISSIG
                                                UNITED STATES DISTRICT JUDGE