**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JACKIE ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-CV-1066 AGF |
| ) | |
| FEDEX GROUNDS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Plaintiff initiated this action on August 1, 2024 by filing an Employment Discrimination Complaint pursuant to the Age Discrimination in Employment Act of 1967 ("ADEA"), as amended, 29 U.S.C. §§ 621, *et seq.*[1] ECF No 1. On August 9, 2024, the Court issued an Order directing plaintiff to submit a copy of the charge of discrimination she filed with the Equal Employment Opportunity Commission. ECF No. 4. The Court's review of the charge of discrimination is necessary to ascertain whether the claims in plaintiff's complaint are like or reasonably related to the claims outlined in her charge. She was given thirty days in which to respond. More than thirty days have elapsed, and plaintiff has not filed her charge of discrimination. In consideration of plaintiff's self-represented status, the Court will, on its own motion, give her fourteen (14) additional days to file a response to the Court's August 9th Order. If plaintiff fails to comply, the Court will dismiss this action without prejudice and without further notice.

---

[1] Although plaintiff did not check the box for bringing a claim under Title VII of the Civil Rights Act of 1964 ("Title VII"), she also alleged employment discrimination on the basis of her religion. ECF No. 1 at 5.

Further, the Court notes that on August 12, 2024 plaintiff filed a handwritten "Memorandum for Clerk" for the purpose of providing "a summary of the actual day [she] was discriminated against due to [her] kindness and religion[.]" ECF No. 5. The Court construes this filing as a supplement to the complaint because it elaborates on her claims against the named defendant. The Court will strike this filing because supplements are not recognized pleadings under Rule 7(a) of the Federal Rules of Civil Procedure. The Court does not accept amendments to the complaint through supplements, declarations, notices, or other piecemeal amendments. *See Popoalii v. Correctional Medical Services*, 512 F.3d 488, 497 (8th Cir. 2008). In other words, plaintiff may not amend a complaint by filing separate documents. The Court recognizes that plaintiff is representing herself in these proceedings, but even pro se plaintiffs are expected to follow the Federal Rules of Civil Procedure. *See Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852, 856-57 (8th Cir. 1996).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a copy of her charge of discrimination within **fourteen (14) days** of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff's supplemental filing [ECF No. 5] is stricken from the record.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with this Court's Order will result in a dismissal of this action, without prejudice.

Dated this 19th day of September, 2024.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE